UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 4:20-CR-00418-JAR (NAB) |
| v. | ) |
| JAMES TIMOTHY NORMAN, TERICA TANEISHA ELLIS, and WAIEL REBHI YAGHNAM, | ) |
| Defendants. | ) |

**GOVERNMENT'S MOTION FOR PRETRIAL DETERMINATION OF ADMISSIBILITY OF ARGUABLY SUPPRESSIBLE EVIDENCE AND DISCLOSURE OF ARGUABLY SUPPRESSIBLE EVIDENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 12(b)(4)**

COMES NOW the United States of America, by and through its attorneys, Jeffrey B. Jensen, United States Attorney for the Eastern District of Missouri, and Angie E. Danis and Gwendolyn E. Carroll, Assistant United States Attorneys for said District, and makes the following disclosures pursuant to Federal Rule of Criminal Procedure 12(b)(4):

At trial, the Government intends to use the evidence seized and statements made by the defendants during the events described below. This evidence and these statements are more fully set forth in investigative reports, which will be made available to the defendants and will be supplemented on an ongoing basis. In presenting this list of events to the defendants, the government in no way concedes that the defendants have standing to challenge each and every event listed.

The Government has not listed any records obtained by subpoena. It is the Government's position that these events are not subject to suppression. Additionally, the Government has *not*

1

included any evidence it would seek to admit at trial pursuant to Fed. R. Evid. 404(b).   Any such evidence shall form the basis for written notice in advance of trial in conformity with the Federal Rules of Evidence and the local rules established by this Court.

In connection with this filing, the Government moves for pretrial determination of admissibility of arguably suppressible evidence.[1]

| Date | Event/Item | Defendant(s) | Witness(es) |
|---|---|---|---|
| March 22, 2016 | State search warrant for records associated with (314) 240-2958 | None | SLMPD Det. Roger Murphey |
| May 2, 2016 | State search warrant for records associated with (314) 609-4415 | Terica Taneisha Ellis | SLMPD Det. Roger Murphey |
| January 22, 2020 | State Search Warrant for location detail records associated with (314) 609-4415 (20-070) | Terica Taneisha Ellis | SLMPD Det. David Rudolph |
| January 22, 2020 | State Search Warrant for location detail records associated with (662) 408-5151 (20-068) | Terica Taneisha Ellis | SLMPD Det. David Rudolph |
| January 22, 2020 | State Search Warrant for location detail records associated with (314) 607-8132 (20-069) | James Timothy Norman | SLMPD Det. David Rudolph |
| January 27, 2020 | State Search Warrant for location detail records associated with (209) 822-0081 (20-083) | James Timothy Norman | SLMPD Det. David Rudolph |
| January 28, 2020 | State Search Warrant for Gmail account tericaellis@gmail.com and alexusdagreat25@gmail.com (20-091) | Terica Taneisha Ellis | SLMPD Det. David Rudolph |
| March 12, 2020 | Search Warrant for location detail records associated with (573) 263-6102 (4:20 MJ 6079 PLC) | James Timothy Norman | FBI SA Christopher Faber |
| March 12, 2020 | Search Warrant for location detail records associated with (314) 502-7892 (4:20 MJ 6080 PLC) | None | FBI SA Christopher Faber |
| March 12, 2020 | Search Warrant for Instagram accounts "Alexusdagreat" and "dremontgomery" (4:20 MJ 6081 PLC) | Terica Taneisha Ellis | FBI SA Christopher Faber |

---

[1]The listing of a potential witness or witnesses is not meant to be all-inclusive.  As the date set for hearings approaches, the Government may add, substitute or delete witnesses for various reasons.

3

| March 17, 2020 | Search warrant for wallymillions@yahoo.com email account (4:20 MJ 67 DDN) | Waiel Rebhi Yaghnam | FBI SA Christopher Faber |
|---|---|---|---|
| March 17, 2020 | Search warrant for wallybeamin@gmail.com email account (4:20 MJ 66 DDN) | Waiel Rebhi Yaghnam | FBI SA Christopher Faber |
| March 24, 2020 | Search Warrant for iCloud account j.t.norman@icloud.com (4:20 MJ 5068 NAB) | James Timothy Norman | FBI SA Christopher Faber |
| April 9, 2020 | Search warrant for iCloud account associated with tericaellis@gmail.com (4:20 MJ 93 DDN) | Terica Taneisha Ellis | FBI SA Christopher Faber |
| April 17, 2020 | Search warrant for location detail information associated with (901) 691-3277 (4:20 MJ 7130 SPM) | None | FBI SA Christopher Faber |
| April 17, 2020 | Search warrant for iCloud account associated with tim@thesweetiepies.com (4:20 MJ 7129) | James Timothy Norman | FBI SA Christopher Faber |
| May 6, 2020 | Search warrant for the Instagram account "the_timnorman" (4:20 MJ 5098 NAB) | James Timothy Norman | FBI SA Christopher Faber |
| July 16, 2020 | Pen Register/Trap-and-Trace associated with Instagram accounts "Alexusdagreat" and "dabeautytrap" and Facebook account "Terica.ellis" (4:20 MC 00497 PLC) | Terica Taneisha Ellis | FBI SA Christopher Faber |
| July 30, 2020 | PLW for (901) 246-6378 (4:20 MJ 5141 NAB) | Terica Taneisha Ellis | FBI SA Christopher Faber |
| August 12, 2020 | PLW for (209) 822-0081 (4:20 MJ 202 DDN) | James Timothy Norman | FBI SA Christopher Faber |

As additional evidence is found, and as supplemental information comes to the government's attention, the government may choose not to use some evidence described, or to use evidence additional to that listed in these reports.  If the government chooses to use additional evidence, a supplemental Rule 12(b)(4) notice, and/or a Notice of Intent to Seek the Admission of Evidence

Pursuant to Federal Rule of Criminal Procedure 404(b) will be filed.

                        Respectfully submitted,

                        JEFFREY B. JENSEN
                        United States Attorney

                        */s/ Angie E. Danis*
                        ANGIE E. DANIS, #64805MO
                        GWENDOLYN E. CARROLL, #4657003NY
                        Assistant United States Attorneys
                        111 S. Tenth Street, Room 20.333
                        St. Louis, MO 63102

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of August, 2020, I filed a true and correct copy of the foregoing electronically with the Clerk of the Court, to be served by way of the Court's electronic filing system upon the attorney for the defendant.

                        */s/ Angie E. Danis*
                        ANGIE E. DANIS, #64805MO
                        GWENDOLYN E. CARROLL, #4657003NY
                        Assistant United States Attorneys