UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-                                                                                   Case No.  2:20mj081-1 cgc

TERICA TANEISHA ELLIS

## ORDER OF DETENTION PENDING TRIAL

### FINDINGS

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held.  The following facts and circumstances require the defendant to be detained pending trial.

There is no condition or combination of conditions that will reasonably assure the safety of the community or the appearance of the defendant in Court as required.

### DIRECTIONS REGARDING DETENTION

**TERICA TANEISHA ELLIS** is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  **TERICA TANEISHA ELLIS** shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a Court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the Defendant to the United States marshal for the purpose of an appearance in connection with a Court proceeding.

Date:   September 2. 2020

                                                                                    s/ Charmiane G. Claxton
                                                                                    CHARMIANE G. CLAXTON
                                                                                    UNITED STATES MAGISTRATE JUDGE